Argued and submitted May 13, reversed and remanded for reconsideration July 3, 1996

In the Matter of the Compensation of
Ricky Miner, Claimant.

Ricky MINER,
*Petitioner,*

*v.*

OREGON METALLURGICAL CORPORATION
and SAIF Corporation,
*Respondents.*

(WCB No. 94-14306; CA A90212)

918 P2d 868

Robert Wollheim argued the cause for petitioner. With him on the brief were Welch, Bruun, Green & Wollheim, and James C. Egan and Emmons, Kropp, Kryger, et al.

Michael O. Whitty, argued the cause for respondents. On the brief was James W. Moller.

Before Deits, Presiding Judge, and De Muniz and Landau, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *Volk v. America West Airlines,* 135 Or App 565, 899 P2d 746 (1995), *rev den* 322 Or 645 (1996).